UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE S. LUJAN,<br><br>           Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>           Defendant | Case No.: 2:17-CV-00197-EFB<br><br><br>ORDER GRANTING PLAINTIFF'S<br>REQUEST FOR ADDITIONAL 21 DAYS TO<br>PERFECT SERVICE OF PROCESS |

ORDER

Pursuant to the Plaintiff's Request for Additional Time to Perfect Service of Process, it is hereby ordered the Plaintiff shall have an additional twenty-one (21) days in which to perfect service of process.

Dated:  February 27, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PL'S REQ FOR ADD'L TIME TO PERFECT SERV OF PROC