UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE S. LUJAN,<br><br>     Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:17-CV-00197-EFB<br><br>ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME OF TWO WEEKS FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |

ORDER

Pursuant to the Joint Motion to Extend Deadline For Plaintiff's Motion for Summary Judgment and/or Remand, it is hereby ORDERED the Plaintiff shall have an additional two weeks, to August 2, 2017, to file same.

DATED: July 25, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JT MOT FOR ADD'L TIME FOR PL'S SMJ/REMAND