UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STEPHANIE S. LUJAN, | Case No.: 2:17-CV-00197-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME OF TWO WEEKS FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

ORDER

Pursuant to the Joint Motion to Extend Deadline For Plaintiff's Motion for Summary Judgment and/or Remand, it is hereby ORDERED the Plaintiff shall have an additional two weeks, to August 14, 2017, to file same.

Dated: August 3, 2017.

Edmund F. Brennan
U.S Magistrate Judge

ORDER GRANTING JT MOT FOR ADD'L TIME FOR PL'S SMJ/REMAND