UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE S. LUJAN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:17-CV-00197-EFB<br><br>ORDER GRANTING AWARD OF ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D)) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,415.35 as authorized by 28 U.S.C. § 2412, and $400 in costs as authorized by 28 U.S.C. § 1920, be awarded according to the terms of the Stipulation.

DATED: May 31, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE